**Case # 25-80005**

# Record of Returned Mail

Processed 04/14/2025 through 04/20/2025

| Type of Notice | Filed Date of Notice | Address on Returned Mail | Date Returned Mail Processed |
|---|---|---|---|
| Order Setting Deadline for Response To Motion To Dismiss | 02/21/2025 | Jacqueline Ard and Terrk Frank Nicole 239 Beach City Rd No 3218 Hilton Head Island, SC 29926-4718 | 04/14/2025 |