IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Jacqueline Elizabeth Ard and | ) | |
| Tony Frank Nicola, | ) | Case No. 24-03611-jd |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Jacqueline Elizabeth Ard, | ) | Adv. Pro. No. 25-80005-jd |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Zeidman's Jewelry & Loan of Southfield, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 26, 2025, I caused the following documents:

1. Motion Of Zeidman's Jewelry & Loan Of Michigan's For Summary Judgment And Memorandum Of Law In Support;

2. Affidavit of Dennis Dewyer, with Exhibits; and

3. Notice Required by SC LBR 7056-1

to be served on all parties who are scheduled to receive notice through the Court's CM/ECF system via electronic filing and electronic transmission through CM/ECF, and on the parties shown below via First Class Mail:

Jacqueline Elizabeth Ard
21215 Dartmouth Drive
Southfield, MI 48076

Jacqueline Elizabeth Ard
239 Beach City Road, Unit 3218
Hilton Head Island, SC 29926

BEST LAW, PA

<u>/s/ Tara E. Nauful</u>
Tara E. Nauful, SC DCID 5864
tara@bestlawsc.com
P.O. Box 2374
Mount Pleasant, SC 29465
Phone: 843.793.4744

Attorneys for Zeidman's Jewelry & Loan of Michigan